IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD D. BRADDOCK and CHARLES W. PETERSON, Co-Personal Representative of the Estate of Dale L. Braddock; <br><br>         Plaintiffs, <br><br>    vs. <br><br> PRIMUS GROUP, INC., d/b/a PrimusLabs; <br><br>         Defendant. | 8:13CV258 <br><br> ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Joint Motion for Dismissal of Action with Prejudice (Filing No. 46). The Motion complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action should be dismissed with prejudice, with each party paying its own costs, fees, and expenses, unless otherwise agreed or stipulated between the parties. The complete record will be waived. Accordingly,

IT IS ORDERED:

1. The Parties' Joint Motion for Dismissal of Action with Prejudice (Filing No. 46) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. Each party will pay its own costs, fees, and expenses, unless otherwise agreed or stipulated between the parties, and the complete record is waived.

Dated this 6th day of April, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge